# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1519
_____

Major Williams, Jr.

*Petitioner - Appellant*

v.

C. V. Rivera

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: February 10, 2017
Filed: February 16, 2017
[Unpublished]
_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Federal prisoner Major Williams, Jr., appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for reconsideration. Having conducted careful review of the record and the issues that are properly before us, we conclude that Williams's petition was properly dismissed for lack of subject matter jurisdiction, and that the district court acted within its discretion in denying reconsideration. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.